**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern   District of   Texas
                          (State)

Case number *(If known)*: _____   Chapter   11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Illinois Power Generating Company |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Ameren Energy Generating Company |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 3 7 – 1 3 9 5 5 8 6 |
| 4. | **Debtor's address** | **Principal place of business**<br><br>601 Travis Street, Suite 1400<br>Number   Street<br><br>Houston   TX   77002<br>City   State   ZIP Code<br><br>Harris<br>County | **Mailing address, if different from principal place of business**<br><br>Number   Street<br><br>City   State   ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number   Street<br><br>City   State   ZIP Code |
| 5. | **Debtor's website** (URL) | www.dynegy.com |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   Illinois Power Generating Company                              Case number *(if known)*
         Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2   2   1   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*
  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 on a consolidated basis (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☒ A plan is being filed with this petition.
  ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                   MM / DD / YYY
          District _____  When _____  Case number _____
                                   MM / DD / YYY

If more than 2 cases, attach a separate list.

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.  Debtor _____  Relationship _____
          District _____  When _____
                                   MM / DD / YYY
          Case number, if known _____

List all cases. If more than 1, attach a separate list.

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 2

Debtor   Illinois Power Generating Company            Case number *(if known)* _____
         Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number    Street

_____
City                State   ZIP Code

**Is the property insured?**
☐ No.
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☒ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☒ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  Illinois Power Generating Company            Case number *(if known)*
         Name

16. **Estimated liabilities**
    - ☐ $0-$50,000
    - ☐ $50,001-$100,000
    - ☐ $100,001-$500,000
    - ☐ $500,001-$1 million
    - ☐ $1,000,001-$10 million
    - ☐ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☒ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  12/09/2016
                 MM / DD / YYYY

    X _[signature]_                                          Jeff Hunter
    Signature of authorized representative of debtor         Printed name

    Title  Chief Restructuring Officer

18. **Signature of attorney**

    X _[signature]_                                          Date  12/09/2016
    Signature of attorney for debtor                               MM / DD / YYYY

    Timothy A. ("Tad") Davidson II
    Printed Name

    Andrews Kurth Kenyon LLP
    Firm name

    600 Travis Street, Suite 4200
    Number    Street

    Houston                                              TX          77002
    City                                                 State       Zip Code

    (713) 220-4200                                       taddavidson@andrewskurth.com
    Contact phone                                        Email address

    240112503                                            TX
    Bar number                                           State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

# Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __333-56594__.

2. The following financial data is the latest available information and refers to the debtor's condition on __11/30/2016__.

   a. Total assets      $ 450,140,000

   b. Total debts (including debts listed in 2.c., below)      $ 970,413,000

   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   | | | | | |
   |---|---|---|---|---|
   | secured ☐ | unsecured ☒ | subordinated ☐ | $ 825,000,000 (Principal amount) | Unknown |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | |

   d. Number of shares of preferred stock      N/A
   e. Number of shares common stock      2,000

   Comments, if any: _____

3. Brief description of debtor's business: Power generation.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   Illinois Power Resources, LLC; IPH, LLC; IPH II, LLC; Dynegy Inc.

# Resolution 2016-18
# of the Board of Directors
# of Illinois Power Generating Company

WHEREAS, the Board of Directors (the "**Board**") of Illinois Power Generating Company (the "**Company**") has reviewed and analyzed the materials presented by management and the Company's outside financial and legal advisors regarding the financial condition, capital structure, liquidity position, business model and projections, short-term and long-term prospects of the Company, the restructuring and other strategic alternatives available to the Company, and the impact of the foregoing on the Company's business;

WHEREAS, the Board previously authorized and approved the Restructuring Support Agreement (including the exhibits and schedules thereto, the "**Restructuring Support Agreement**") among the Company, Dynegy Inc. ("**Dynegy**"), certain of their affiliates, and certain holders of the Company's Senior Unsecured Notes due 2018, 2020 and 2032 (collectively, the "**Notes**");

WHEREAS, the Restructuring Support Agreement contemplated the solicitation of votes (the "**Plan Solicitation**") from holders of Notes to accept or reject a plan of reorganization for the Company (such plan of reorganization, including the exhibits and schedules thereto, the "**Plan**");

WHEREAS, in light of the terms of the Restructuring Support Agreement, and based on the results of the Plan Solicitation, the Board has determined that it is desirable and in the best interests of the Company, its creditors and the sole stockholder of the Company that the Company file a voluntary petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

**Voluntary Petitions Under the Provisions of Chapter 11 of the Bankruptcy Code**

**IT IS RESOLVED**, that the Company is hereby authorized and directed to file or cause to be filed a voluntary petition for relief under the provisions of Chapter 11 of the Bankruptcy Code (the bankruptcy case commenced by such petition, the "**Chapter 11 Case**");

**FURTHER RESOLVED**, that the officers of the Company be, and each of them acting alone hereby is (each, an "**Authorized Officer**" and collectively, the "**Authorized Officers**") authorized and directed to execute and verify said petition of the Company in the name of the Company under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"), in such form and at such time as the Authorized Officer executing said petition shall determine;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and directed to execute and file, or cause to be filed (or direct others to do so on their behalf as provided herein) with the Bankruptcy Court, on behalf of the Company, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other necessary papers or

documents, including any amendments thereto, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action that they deem necessary or proper to obtain such Chapter 11 bankruptcy relief, and to take any necessary steps to coordinate the Chapter 11 Case contemplated by the Company under the Bankruptcy Code.

**Retention of Professionals**

**IT IS RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and directed, on behalf of and in the name of the Company, to employ the law firm of Latham & Watkins LLP, as co-general bankruptcy counsel, to represent and advise the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings, in connection with the Chapter 11 Case, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the Chapter 11 Case, and cause to be filed an appropriate application with the Bankruptcy Court for authority to retain the services of Latham & Watkins LLP;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and directed, on behalf of and in the name of the Company, to employ the law firm of Andrews Kurth Kenyon LLP, as co-general bankruptcy counsel, to represent and advise the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations in connection with the Chapter 11 Case, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the Chapter 11 Case, and cause to be filed an appropriate application with the Bankruptcy Court for authority to retain the services of Andrews Kurth Kenyon LLP;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and directed, on behalf of and in the name of the Company, to employ the firm of Ducera Partners LLC, as financial advisor, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations in connection with the Chapter 11 Case, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application with the Bankruptcy Court for authority to retain the services of Ducera Partners LLC;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and directed, on behalf of and in the name of the Company, to employ the firm of Epiq Bankruptcy Solutions, LLC, as claims, noticing, soliciting and balloting agent, to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations in connection with the Chapter 11 Case, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application with the Bankruptcy Court for authority to retain the services of Epiq Bankruptcy Solutions, LLC; and

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and directed, on behalf of and in the name of the Company, to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 Case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary.

**General**

**FURTHER RESOLVED**, that each Authorized Officer is severally authorized, empowered, and directed to cause the Company to pay any and all fees, costs, and expenses related to the consummation of the transactions contemplated by the foregoing resolutions that any of such Authorized Officers determines to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the payment of such fees, costs, and expenses being conclusive evidence of such authority;

**FURTHER RESOLVED**, that each of the Authorized Officers is severally authorized, empowered, and directed to execute and deliver any and all documents and instruments deemed necessary or appropriate by such Authorized Officer, and to take any and all such further action which such Authorized Officer determines to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the signature of any such Authorized Officer being conclusive evidence of such authority;

**FURTHER RESOLVED**, that each of the Authorized Officers is severally authorized, empowered, and directed to certify as to all matters pertaining to the acts, transactions, or agreements contemplated in any of the foregoing resolutions;

**FURTHER RESOLVED**, that whenever it is provided in these resolutions that an Authorized Officer may take any action or execute any document as such Authorized Officer may deem to be necessary or proper, the taking of such action or the execution of such document by any such Authorized Officer shall be conclusive evidence that such Authorized Officer deems such action or the execution and delivery of such document to be necessary or proper; and

**FURTHER RESOLVED**, that any action heretofore taken by any officer of the Company in furtherance of these resolutions is affirmed and ratified in all respects.

*[Signature Page Follows]*

## CERTIFICATION

I HEREBY CERTIFY that the foregoing is a true and correct copy of resolutions presented to and adopted by the Board of Directors at a meeting duly called and held on the 9th day of December, 2016, at which a quorum was present and voted, and that such resolutions are duly recorded in the minute book of this corporation.

By:   Illinois Power Generating Company

*Joyce Allen-Dennis*

Name: Joyce Allen-Dennis
Title: Assistant Secretary

DATED: December 9, 2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Case No. 16-_____ |
| ILLINOIS POWER GENERATING COMPANY, | § § § | Chapter 11 |
| Debtor.[1] | § § § § | |

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the above-captioned debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Illinois Power Resources, LLC | 100% |

---

[1] The Debtor in this Chapter 11 case is Illinois Power Generating Company and the last four digits of its federal tax identification number are 5586. The location of the Debtor's corporate headquarters and the Debtor's service address is: 601 Travis Street, Suite 1400, Houston, Texas 77002.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Case No. 16-_____ |
| | § | |
| ILLINOIS POWER GENERATING COMPANY, | § | Chapter 11 |
| | § | |
| Debtor.[1] | § | |
| | § | |

**LIST OF EQUITY SECURITY HOLDERS**

    Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), the following lists the above-captioned debtor's equity security holders as of the date hereof and shows the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder:

| Equity Holder | Address | Ownership |
|---|---|---|
| Illinois Power Resources, LLC | 600 Travis Street<br>Suite 1400<br>Houston, Texas 77002 | 100% |

---

[1]     The Debtor in this Chapter 11 case is Illinois Power Generating Company and the last four digits of its federal tax identification number are 5586.  The location of the Debtor's corporate headquarters and the Debtor's service address is:  601 Travis Street, Suite 1400, Houston, Texas 77002.

**Fill in this information to Identify the case:**

Debtor Name:   llinois Power Generating Company

United States Bankruptcy Court for the:   District of Southern District of Texas

Case Number (If known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | THE BANK OF NEW YORK MELLON ATTN: ALEX CHANG 101 BARCLAY ST - 8W NEW YORK, NY  10286  USA | PHONE: 212-815-4869 FAX: 732-667.9384 ALEX.CHANG@BNYMELLON.COM | UNSECURED NOTES | U | $831,610,833.33 | | $831,610,833.33 |
| 2 | ADVATECH ATTENTION: MR. GREG SMITH 10975 BENSON DRIVE SUITE 100 OVERLAND PARK, KS  66210  USA | PHONE: 913-242-3393 FAX: 913-242-3401 WMGOLDLAW@AOL.COM | TRADE DEBT | UD | $80,730,566.00 | | $80,730,566.00 |
| 3 | GS RC COFFEEN LLC 200 WEST ST NEW YORK, NY  10282 | FAX: 303-923-2180 gfeeder@tinuumgroup.com | TRADE DEBT | | $5,669,942.34 | | $5,669,942.34 |
| 4 | BNSF RAILWAY COMPANY 2650 LOU MENK DRIVE FORT WORTH, TX  76131  USA | PHONE: 817-352-4178 FAX: 817-352-7939 Larry.Meyne@bnsf.com | TRADE DEBT | | $4,774,853.78 | | $4,774,853.78 |
| 5 | PEABODY 7100 EAGLE CREST BLVD STE 300 EVANSVILLE, IN  47715 | FAX: 812-434-8500 salesaccounting@peabodyenrgy.com | TRADE DEBT | | $2,382,314.15 | | $2,382,314.15 |
| 6 | NEWTON RC LLC 6725 NORTH 500TH STREET NEWTON, IL  62448 | FAX: 734-302-8243 caroline.drews@dteenergy.com | TRADE DEBT | | $2,256,085.24 | | $2,256,085.24 |
| 7 | UNION PACIFIC 455 NORTH CITY FRONT PLAZA DR CHICAGO, IL  60611 | FAX: 402-544-5000 upmaterialinvoices@up.com | TRADE DEBT | | $1,676,735.20 | | $1,676,735.20 |
| 8 | ARCH COAL INC CITYPLACE ONE SUITE 300 ST. LOUIS, MO  63141  USA | PHONE: 314-994-2843 FAX: 314-994-2719 bvarner@archcoal.com | TRADE DEBT | | $1,330,955.47 | | $1,330,955.47 |

Debtor: llinois Power Generating Company                                          Case Number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | SCHECK MECHANICAL CORPORATION<br>ATTN: ERIC ESTES<br>ONE EAST OAK HILL DRIVE<br>SUITE 100<br>WESTMONT, IL  60559  USA | PHONE: 920-759-2600<br>FAX: 708-215-8459<br>Eestes@goscheck.com | TRADE DEBT | | $646,281.63 | | $646,281.63 |
| 10 | THE INDIANA RAIL ROAD COMPANY<br>8888 KEYSTONE CROSSING<br>SUITE 1600<br>INDIANAPOLIS, IN  46240  USA | PHONE: 317-616-3459<br>FAX: 317-844-5401<br>JENNY.VANVALER@INRD.COM | TRADE DEBT | | $576,190.87 | | $576,190.87 |
| 11 | CLOUD PEAK ENERGY RESOURCES LLC<br>505 SOUTH GILLETTE AVE<br>BUILDING 4<br>GILLETTE, WY  82717  USA | PHONE: 303-713-5600<br>FAX: 720-566-3099<br>bill.wallace@cldpk.com | TRADE DEBT | | $383,625.68 | | $383,625.68 |
| 12 | TRONOX SPECIALTY ALKALI CORPORATION<br>ATTN: MICHAEL BRUBAKER<br>1735 MARKET STREET<br>PHILADELPHIA, PA  19103  USA | PHONE: 215-845-4512<br>FAX: 215-857-5730<br>donna.burkhardt@tronox.com | TRADE DEBT | | $318,393.27 | | $318,393.27 |
| 13 | CONTURA COAL SALES LLC<br>340 MARTIN LUTHER KIN BLVD<br>PO BOX 848<br>BRISTOL, TN  37620  USA | PHONE: 423-573-0300<br>FAX: 276-628-3116<br>allen.childress@conturaenergy.com | TRADE DEBT | | $192,884.15 | | $192,884.15 |
| 14 | NOL TEC SYSTEMS INC<br>ATTN: KAREN SURENKO<br>425 APOLLO DRIVE<br>LINO LAKES, MN  55014  USA | PHONE: 651-237-7962<br>FAX: 651-780-4400<br>JIMANDERSON@NOL-TEC.COM | TRADE DEBT | | $140,000.00 | | $140,000.00 |
| 15 | TEAM INDUSTRIAL SERVICES INC<br>500 BROADWAY STREET<br>SOUTH ROXANA, IL  62087  USA | PHONE: 618-251-4125<br>FAX: 618-251-4148<br>Mike.Krusz@Teaminc.com, jon.houser@teaminc.com | TRADE DEBT | | $134,460.00 | | $134,460.00 |
| 16 | CF INDUSTRIES SALES LLC<br>4 PARKWAY NORTH<br>SUITE 400<br>DEERFIELD, IL  60015  USA | PHONE: 847-405-2500<br>FAX: 712-294-1116<br>bkoschak@cfindustries.com. | TRADE DEBT | | $98,095.88 | | $98,095.88 |
| 17 | MOON FABRICATING CORPORATION<br>PO BOX 567<br>KOKOMO, IN  46903-0567  USA | PHONE: 765-452-6090<br>KKERRICK@MOONTANKS.COM | TRADE DEBT | | $93,415.06 | | $93,415.06 |
| 18 | TURBINE PROS LLC<br>14510 NORTHDALE BOULEVARD<br>SUITE 100<br>ROGERS, MN  55374  USA | PHONE: 612-279-8145<br>FAX: 763-428-1147<br>apinvoices@turbinepros.com | TRADE DEBT | | $86,429.37 | | $86,429.37 |
| 19 | KM PLANT SERVICES INC<br>3601 SOLUTIONS CENTER<br>CHICAGO, IL  60677-3006  USA | PHONE: 219-933-1100<br>FAX: 219-924-5982<br>LizBeison@k2industrial.com | TRADE DEBT | | $81,919.39 | | $81,919.39 |
| 20 | NOKOMIS QUARRY COMPANY<br>PO BOX 90<br>NOKOMIS, IL  62075  USA | PHONE: 217-563-2011<br>FAX: 217-563-2017<br>debbier@consolidated.net | TRADE DEBT | | $81,671.95 | | $81,671.95 |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Illinois Power Generating Company___

United States Bankruptcy Court for the Southern District of Texas

Case number *(if known)*: _____

Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors**  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ___

☒ *Chapter 11* or *Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration ___Corporate Ownership Statement; List of Equity Security Holders___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/09/2016         X  _/s/ Jeff Hunter_____
           MM/DD/YYYY                Signature of individual on behalf of debtor

                                      Jeff Hunter
                                      Printed name

                                      Chief Restructuring Officer
                                      Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**    Page 1