IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Case No. 16-36326 (MI) |
| | § | |
| ILLINOIS POWER GENERATING COMPANY, | § § | Chapter 11 |
| | § | |
| Debtor.[1] | § § | |
| | § | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, in accordance with Rules 2002 and 9010(b) of the Federal Rule of Bankruptcy Procedure (the "**Bankruptcy Rules**") and section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), the ad hoc group of noteholders (the "**Ad Hoc Group of Noteholders**") of 7.00% Senior Notes due 2018, 6.30% Senior Notes due 2020 and 7.95% Senior Notes due 2032 issued by the Debtor, by and through its counsel, Willkie Farr & Gallagher LLP, hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this case, be given to and served upon the following:

>Joseph G. Minias
>Weston T. Eguchi
>**WILLKIE FARR & GALLAGHER LLP**
>787 Seventh Avenue
>New York, New York 10019
>Telephone:  212-728-8000
>Facsimile:  212-728-8111

---

[1] The Debtor in this chapter 11 case is Illinois Power Generating Company and the last four digits of its federal tax identification number are 5586. The location of the Debtor's corporate headquarters and the Debtor's service address is: 601 Travis Street, Suite 1400, Houston, Texas 77002.

Email:  jminias@willkie.com
    weguchi@willkie.com

AND

Jennifer J. Hardy
**WILLKIE FARR & GALLAGHER LLP**
600 Travis Street, Suite 2310
Houston, Texas 77002
Telephone:  713-510-1700
Facsimile:  713-510-1799
Email: jhardy2@willkie.com

   **PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

Dated: December 9, 2016
   Houston, Texas

            Respectfully Submitted,

            **WILLKIE FARR & GALLAGHER LLP**

            By:  /s/ Jennifer J. Hardy
               Jennifer J. Hardy (Texas Bar No. 24096068)
               600 Travis Street, Suite 2310
               Houston, Texas 77002
               Telephone:  713-510-1700
               Facsimile:  713-510-1799
               Email:  jhardy2@willkie.com

            **AND**

- 3 -

   Joseph G. Minias (*pro hac admission pending*)
Weston T. Eguchi (*pro hac admission pending*)
787 Seventh Avenue
New York, New York 10019
Telephone:  212-728-8000
Facsimile:  212-728-8111
Email:  jminias@willkie.com
Email:  weguchi@willkie.com

*Counsel to the Ad Hoc Group of Noteholders*